# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALEZ, et al.,<br><br>            Plaintiffs,<br><br>        v.<br><br>R&W CONCRETE CONTRACTORS, INCORPORATED, et al.,<br><br>            Defendants. | Case No.  14-cv-03847-WHO   (DMR)<br><br>**ORDER RE SEALED TRANSCRIPT** |

On April 14, 2015, the undersigned held a settlement conference in the above matter, and a confidential agreement was placed on the record following that day's conference.  The undersigned hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.

However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceedings upon their request and without further order.

**IT IS SO ORDERED.**

Dated: April 14, 2015

_____
DONNA M. RYU
United States Magistrate Judge