UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>R&W CONCRETE CONTRACTORS, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 14-cv-03847-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

At a settlement conference on April 14, 2015, the parties to this action settled this matter and put their agreement on the record. Accordingly, this matter is DISMISSED WITH PREJUDICE. All scheduled hearings are VACATED and all pending motions are TERMINATED. If any party certifies to the Court, with proper notice to opposing counsel and within sixty (60) days from the date of this order, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: April 15, 2015



WILLIAM H. ORRICK
United States District Judge